FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 JUL -9 PM 3:06
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

EDWARD STALEY,

    Plaintiff,

    vs.    CV 318-036

SHAWN EMMONS; CHERIE PRICE;
and WESLEY O'NEAL,

    Defendants.

## O R D E R

On May 23, 2018, Plaintiff Edward Staley, an inmate at Coastal State Prison in Garden City, Georgia, filed a thorough and cogent complaint under 42 U.S.C. § 1983 and the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.* On June 12, 2018, the United States Magistrate Judge denied Plaintiff's motion for the appointment of counsel, pointing to Plaintiff's complaint as evidence that he is able to communicate with the Court and has not demonstrated exceptional circumstances justifying the appointment of counsel. (See Order of June 12, 2018, Doc. No. 5.) Even after Plaintiff pointed out that he had an attorney's help in drafting the complaint, the Magistrate Judge determined that exceptional circumstances still do not exist and that Plaintiff is able to intelligibly communicate with the Court. Consequently, the Magistrate

Judge denied Plaintiff's motion for reconsideration. (See Order of June 22, 2018, Doc. No. 7.)

Presently, Plaintiff has asked this Court to reconsider *de novo* the Magistrate Judge's denial of appointed counsel.[1] Plaintiff must understand that the United States Magistrate Judge is cloaked with the authority to determine non-dispositive pretrial matters, subject to review by the District Judge only on a limited basis. See Fed. R. Civ. P. 72(a). A Magistrate Judge's rulings are only reversible if they are clearly erroneous or contrary to law; they are not subject to *de novo* review. See id.; Brown v. United States, 748 F.3d 1045, 1055 (11th Cir. 2014). In consideration of this standard, Plaintiff has presented nothing in his present motion that would compel this Court to disturb the Magistrate Judge's ruling. His decision to deny the appointment of counsel was neither clearly erroneous nor contrary to law.

Upon the foregoing, Plaintiff's motion for review of the denial of his motion to appoint counsel (doc. no. 8) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's objections to the Order on reconsideration were timely filed within 14 days. See Fed. R. Civ. P. 72(a).

2